| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 02-00332HG-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 08-cr-0206 LKK |

FILED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 03 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

| NAME OF PROBATIONER/SUPERVISED RELEASEE: LARRY ROGERS | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/17/08 — TO 1/16/13 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) - Possession With Intent to Distribute, and Distribute, in Excess of Fifty (50) Grams of Cocaine Base, a Schedule II Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California (Sacramento) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4·28·08
Date

Helen Gillmor, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/8/08
Effective Date

United States District Judge