## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 19, 2008

Office of the Clerk
United States District Court
Eastern District of California (Sacramento)
2500 Tulare St., Rm. 1501
Fresno, CA  93721

    RE: TRANSFER OF JURISDICTION, PROB 22
        USA vs. LARRY ROGERS
        USDC Hawaii Case No. CR 02-00332HG
        Your Case No. CR 08-0206LKK

Dear Clerk of Court,

    Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: Indictment, Judgment, Prob 22 - Transfer of Jurisdiction, and the docket sheet. Please acknowledge receipt on the copy of this letter and return.

                                              Sincerely,
                                              Sue Beitia, Clerk

                                              By
                                              Deputy Clerk

encls.
cc: US Probation, Honolulu, HI

*********************************************************************
Receipt is acknowledged by:_____    Date:_____